**No. 61328.**—Guy B. Barham Company v. United States, protest 309008–K (Los Angeles).

Opinion by RICHARDSON, J. In conformity with rule 5 (b) of the rules of this court, as amended, the case was dismissed for lack of prosecution.

NOVEMBER 6, 1957

**No. 61329.**—Baron Tube Co. and John S. James v. United States, protests 245003–K, 245004–K, and 245005–K.——C. D. 1910. Plaintiffs' application for rehearing granted.

NOVEMBER 7, 1957

**No. 61330.**—Weil Ceramics & Glass, Inc. v. United States, protests 167889–K, etc.— Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, NOVEMBER 13, 1957

**No. 61331.**—Kaufman & Vinson Co. v. United States, protest 228217–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of vinyl plastic coasters similar in all material respects to those the subject of *Bergdorf Goodman Co.* v. *United States* (38 Cust. Ct. 177, C. D. 1859), the claim of the plaintiff was sustained.

**No. 61332.**—Art E. Weiss Co., Inc., and Rietmann Pilcer Co. v. United States, protests 104836–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fox skins similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388) or *Sam Forwand Co.* v. *United States* (37 Cust. Ct. 232, C. D. 1829), the claim of the plaintiffs was sustained.